# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| WILLIAM REED, DONNA REED, *and* BONNIE YOUMANS, JANE YATES, PHILLIP CAULDER, *all individually and for the benefit and on behalf of all others similarly situated,*<br><br>    Plaintiffs,<br><br>vs.<br><br>BIG WATER RESORT, LLC; TLC HOLDINGS, LLC; RICHARD CLARK; JAMES THIGPEN; JIMMY "STEVE" LOVELL; *and* OCOEE, LLC,<br><br>    Defendants.<br><br>BIG WATER RESORT, LLC; TLC HOLDINGS, LLC; RICHARD CLARK; JAMES THIGPEN; JIMMY "STEVE" LOVELL; OCOEE, LLC,<br><br>    Third-Party Plaintiffs,<br><br>vs.<br><br>M.B. HUTSON, *a/k/a* M.B. HUDSON,<br><br>    Third-Party Defendant. | No. 2:14-cv-1583-DCN<br><br>**ORDER** |

  This matter is before the court on a motion to certify two questions to the South Carolina Supreme Court brought by plaintiffs William Reed, Donna Reed, Bonnie Youmans, Jane Yates, and Phillip Caulder ("plaintiffs"). Plaintiffs have alleged a cause of action against defendants Richard Clark, James Thigpen, Jimmy "Steve" Lovell, and Big Water Resort, LLC under the South Carolina Timeshare Act, S.C. Code Ann. § 27-32-120. Am. Compl. ¶ 85. Pursuant to S.C. Code Ann § 27-32-120(C), plaintiffs seek a refund for the amounts they paid to purchase

1

2

membership interests in the Big Water Resort, LLC.  Id.; Pls.' Mot. 2.  The questions plaintiffs move to certify pertain to whether the membership agreements at issue are "[v]acation time sharing lease plan[s]" under S.C. Code Ann. § 27-32-10(8).  Pls.' Mot. 3.

For reasons that will be expounded in a future order, the court **DENIES** plaintiffs' motion.

**AND IT IS SO ORDERED**.

_____
**DAVID C. NORTON**
**UNITED STATES DISTRICT JUDGE**

**December 30, 2014**
**Charleston, South Carolina**

2