**EXHIBIT 1 SCHEDULE**
**FOR APPROVAL OF CLASS SETTLEMENT AND CLAIMS PROCESS**

| ACTION | TIMING FROM OTHER DATES | PROJECTED DATE |
|---|---|---|
| MOTION FOR CLASS SETTLEMENT | | 12/7/15 |
| MOTION FOR ATTORNEY'S FEES AND COSTS | | 12/7/15 |
| CAFA Notice to be Served by Defense Counsel | 10 day after Motion for Class Settlement Served | 12/17/15 |
| PRELMINARY HEARING DATE | To be determined by the Court | **1/27/2016** |
| **ENTRY OF PRELIMINARY ORDER** | **DAY 1** | **2/1/2016** |
| CLASS NOTICES MAILED ("DATE OF NOTICE") | - 10 DAYS AFTER ENTRY OF PRELIMINARY ORDER | **2/11/2016** |
| REISSUE CLASS NOTICES RETURNED AS UNDELIVERABLE | - 20 DAYS AFTER DATE OF NOTICE | **2/21/2016** |
| **DEADLINE FOR ALL CLAIMANTS TO RETURN REQUEST FOR EXCLUSION / OBJECTION NOTICE** | - **30 DAYS AFTER DATE OF NOTICE**<br>- **40 Days after Preliminary Order (unless notice successful on second mailing)** | **3/2/2016** |
| **DEADLINE FOR OBJECTION IN WRITING** | - 30 DAYS AFTER THE EXCLUSION OR OBJECTION NOTICE WAS RECEIVED<br>- 70 days after Preliminary Approval Order | **4/12/2016** |
| CLAIMS ADMINISTRATOR TO PROVIDE CLAIM REPORT, OPT-OUTS, | - 7 DAYS AFTER OBJECTION / OPT OUT DEADLINE<br>- 77 DAYS AFTER ENTRY OF PRELIMINARY ORDER | **4/19/2016** |
| PARTIES SUBMIT REPLIES TO ANY OBJECTIONS | - 27 DAYS AFTER OBJECTION / OPT OUT DEADLINE<br>- 97 DAYS AFTER ENTRY OF PRELIMINARY ORDER | **5/9/2016** |
| **FINAL APPROVAL HEARING** | - No sooner than 90 days after CAFA notice served | **5/16/2016** |

| **CLAIM FORMS MAILED TO CLASS MEMBERS** | - 10 DAYS AFTER FINAL APPROVAL OF SETTLEMENT | **5/26/2016** |
|---|---|---|
| DEADLINE TO RETURN CLAIM FORMS | - 30 DAYS AFTER CLAIM FORMS MAILED | **6/27/2016** |
| Claims Administrator to mail notice of determination of claims | - Within 30 days of receipt of claim | No Later than **7/27/2016** |
| Claims Admin to report to Defense Counsel names of all claimants submitting claim forms | - **After claims determination?** | **No Later than 7/27/2016** |
| CLAIMANTS MAIL REQUEST FOR COURT REVIEW OF DENIED CLAIMS TO CLAIMS ADMINISTRATOR | - 21 DAYS AFTER CLAIMS ADMINISTRATOR SENDS NOTICE<br>- | **8/17/2016** |
| FOR ALL CLAIMANTS SEEKING COURT REVIEW, CLASS COUNSEL SUBMITS CLAIM FORMS, DETERMINATION, AND REQUEST FOR REVIEW TO COURT | - 7 DAYS AFTER REQUEST FOR REVIEW DEADLINE | **8/24/2016** |
| CLASS COUNSEL SUBMITS ADMINISTRATION COSTS SOUGHT (MAY INCLUDE ANTICIPATED FUTURE COSTS) AND PROPOSED ORDER | - 7 DAYS AFTER REQUEST FOR REVIEW DEADLINE | **8/24/2016** |
| **HEARING ON APPEALED CLAIMS, ADMINISTRATIVE COSTS, AND FINAL DISTRIBUTION** | - **7 DAYS AFTER APPEAL MATERIAL SUBMITTED TO COURT** | **9/1/2016** |
| COURT RULES ON APPEALED CLAIMS, FEE AND EXPENSE APPLICATIONS, AND FINAL DISTRIBUTION | - TO BE DETERMINED BY COURT | |
| EFFECTIVE DATE | - DAY AFTER APPEAL DEADLINE (ASSUMING NO APPEAL)<br>- 31 DAYS AFTER FINAL ORDER | |
| **DEFENDANTS FORWARD CHECKS / GIFT CERTIFICATES TO CLASS COUNSEL FOR DISTRIBUTION** | - **21 BUSINESS DAYS AFTER EFFECTIVE DATE** | |
| **CLAIMS ADMINISTRATOR SENDS CHECK TO APPROVED CLAIMANTS** | - **WITHIN 14 DAYS OF FUNDING** | |